LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, three years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The judgment and sentence appear to follow the charge laid in the indictment.

No error appearing, the judgment will be affirmed.

On Motion for Rehearing.

MORROW, P. J. The indictment contains two counts. In the first it is charged that the appellant did then and there unlawfully transport spirituous, vinous, and malt liquors, and intoxicating liquors capable of producing intoxication. In the second count it is charged that the appellant did then and there unlawfully have in his possession for the purpose of sale spirituous, vinous, and malt liquors, and intoxicating liquors capable of producing intoxication. The count charging transportation *alone* was submitted to the jury. There was a general verdict, on which a judgment was entered, describing the offense as "transporting intoxicating liquor as found by the jury." The judgment also fails to take note of the law allowing the indeterminate sentence.

The sentence and judgment will be reformed, so that the appellant will be found guilty of unlawfully transporting spirituous, vinous, and malt liquors, and sentenced to confinement in the penitentiary for a period of not less than one nor more than three years. See article 847, C. C. P. 1925. With such corrections, the motion for rehearing is overruled.

### Joe RIVIS v. STATE. (No. 12402.)

Court of Criminal Appeals of Texas. Feb. 13, 1929.

Nye H. Clark, of Lockhart, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Motion and affidavit have been filed, requesting the dismissal of this appeal, and showing that appellant does not further desire to prosecute same. In response to same, the appeal is hereby dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.